# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALVE,<br><br>  Petitioner,<br><br>  v.<br><br>L.E. SCRIBNER, Warden,<br><br>  Respondent. | Civil No.  06-2493 JM (CAB)<br><br>**ORDER:**<br><br>**(1) DENYING IN FORMA PAUPERIS APPLICATION; and**<br><br>**(2) DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Petitioner has failed to provide the Court with the required Prison Certificate.

/ / /

1  Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the
2  case without prejudice and with leave to amend.  To have the case reopened, Petitioner must, **no later**
3  **than January 19, 2007**, provide the Court with: (1) a copy of this Order together with the $5.00 filing
4  fee; or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the $5.00 filing
5  fee.  **THE CLERK OF COURT IS DIRECTED TO MAIL PETITIONER A BLANK MOTION**
6  **TO PROCEED IN FORMA PAUPERIS FORM, TOGETHER WITH A BLANK PRISON**
7  **CERTIFICATE FORM.**
8       **IT IS SO ORDERED.**

10  DATED: November 28, 2006

                                              Hon. Jeffrey T. Miller
                                              United States District Judge