1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALVE, | CASE NO. 06 CV 2493 JM (CAB) |
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | |
| L. E. SCRIBNER, Warden, | |
| Respondent. | |

Petitioner, proceeding pro se, filed a § 2254 habeas petition on November 13, 2006. He challenges the Board of Parole Hearings' November 16, 2005 denial of parole. Respondent now moves to dismiss the petition for failure to exhaust state remedies. Petitioner opposes this motion and requests that the court stay his petition if the court finds that he has failed to exhaust.

On July 23, 2007, Magistrate Judge Cathy Ann Bencivengo issued a Report and Recommendation ("R&R") recommending that the court (1) grant the motion to dismiss and dismiss the petition without prejudice, and (2) deny Petitioner's request to stay. Petitioner filed no objections. Having carefully considered the thorough and thoughtful R&R, the record before the court, the absence of any objections to the R&R, and applicable authorities, the court adopts the R&R in its entirety.

//

//

//

1 | //

2 |       In sum, the R&R is hereby adopted in its entirety and the petition for writ of habeas corpus is **DISMISSED** without prejudice.  Petitioner's request to stay his petition is hereby **DENIED**.

      **IT IS SO ORDERED**.

DATED:  October 4, 2007

                                        Hon. Jeffrey T. Miller
                                        United States District Judge

CC:      All parties